IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GINA FRIAS AND ROY ROMERO | § § | |
| v. | § § | Civil Action No.: _____ |
| VERONICA SMITH AND THE CSI COMPANIES, INC. | § § § § | |

## INDEX OF MATTERS BEING FILED

EXHIBIT "A"   Index of Matters Being Filed

EXHIBIT "B"   Plaintiff's First Amended Petition

EXHIBIT "C"   Executed Citation and Return of Service

EXHIBIT "D"   Defendants' Original Answer

EXHIBIT "E"   Copy of the State Court Docket Sheet/Record

EXHIBIT "F"   List of all counsel of record, addresses, telephone numbers, and parties