**201706893 - FRIAS, GINA vs. SMITH, VERONICA (Court 157)**

Chronological History (non-financial)   Print All

| | | | |
|---|---|---|---|
| Summary | Appeals | Cost Statements | Transfers |
| Court Costs | Judgments/Events | Settings | Services/Notices |
| Post Trial Writs | Abstracts | Parties | |
| Court Registry | Child Support | Images | |

\* Note: Only non-confidential public civil/criminal documents are available to the Public. All non-confidential Civil documents are imaged. In Criminal Cases, select non-confidential documents are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). If the case or Civil document you are looking for is not available and should be, please click here to notify Customer Service.

Purchase Order ( 1 documents )

Print List

| Image No. | Title [Reset Sort] | Post Jdgm | Date | Pages | Add Entire Case |
|---|---|---|---|---|---|
| 75310053 | NOTICE OF INTENT TO DISMISS - NO ANSWER FILED | | 05/31/2017 | 2 | Add to Basket |
| 75286661 | Defendants' Answer to Plaintiffs' First Amended Petition | | 05/30/2017 | 4 | Add to Basket |
| 75268391 | Citation Return | | 05/23/2017 | 2 | Add to Basket |
| 74756171 | Civil Process Pick-Up Form | | 04/10/2017 | 1 | Add to Basket |
| 74565664 | Plaintiffs' First Amended Petition | | 04/05/2017 | 10 | Add to Basket |
| 74569356 | Civil Process Request | | 04/05/2017 | 1 | Add to Basket |
| 74139078 | Notice of Intention to Take Deposition by Written Questions | | 03/06/2017 | 3 | Add to Basket |
| -> 74139079 | Exhibit A | | 03/06/2017 | 4 | Add to Basket |
| 73652749 | Plaintiff's Original Petition and Request for Disclosure | | 01/31/2017 | 6 | Add to Basket |
| 73656682 | Civil Case Information Sheet | | 01/31/2017 | 1 | Add to Basket |

[WS7]