UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GINA FRIAS AND ROY ROMERO | § | |
| | § | |
|      PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:17-CV-01657 |
| | § | |
| VERONICA SMITH AND | § | |
| THE CSI COMPANIES, INC. | § | |
| | § | |
|      DEFENDANT. | § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

     Plaintiffs, Gina Frias and Roy Romero, and Defendants, Veronica Smith and The CSI Companies, Inc., stipulate and agree that the above-referenced matter has been fully resolved. The entire cause of this action, including all claims and cross-claims, is hereby dismissed with prejudice, with each party to bear its own costs.

     Respectfully submitted,

     THE LOWENBERG LAW FIRM, PLLC

     */ s / Andrew D. Kumar (by permission)*
Michael J. Lowenberg
State Bar No. 24001164
Federal Bar No. 22584
mike@thetexastriallawyers.com
Andrew D. Kumar
State Bar No. 24075913
Federal Bar No. 1409965
Andrew@thetexastriallawyers.com
7941 Katy Freeway, Suite 306
Houston, TX 77024
(832) 241-6000 phone
(832) 241-6001 fax

*COUNSEL FOR PLAINTIFFS,*
*GINA FRIAS AND ROY ROMERO*


*/ s / David C. Deiss*

DAVID C. DEISS
State Bar No. 24036460
Federal Bar No. 33627
LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 phone
(713) 759-6830 fax
David.Deiss@lewisbrisbois.com

*COUNSEL FOR DEFENDANTS*


<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing instrument to all counsel of record through the Court's ECF system on this the 6th day of December, 2018.


*/ s / David C. Deiss*

DAVID C. DEISS