United States District Court
Southern District of Texas
**ENTERED**
December 10, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GINA FRIAS, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-1657 |
| VERONICA SMITH, *et al*, | § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed on December 6, 2018 (Doc # 10), the case is hereby DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED. 12/10/2018.

_____
The Honorable Alfred H. Bennett
United States District Judge